IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02609-AP

Quoc Nguyen

      Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
      Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Joseph A. Whitcomb
Rocky Mountain Disability Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
(303) 534-1954
(303) 534-1949
joe@RMDLG.com

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

      A.    **Date Complaint Was Filed:** September 24, 2013

      B.    **Date Complaint Was Served on U.S. Attorney's Office:** January 22, 2014

      C.    **Date Answer and Administrative Record Were Filed:** March 21, 2014

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that, to the best of their knowledge, the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not appear to raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties are not aware of any other matters.

**8. BRIEFING SCHEDULE**

    **A.**     **Plaintiff's Opening Brief Due:** May 21, 2014
    **B.**     **Defendant's Response Brief Due**: June 20, 2014
    **C.**     **Plaintiff's Reply Brief (If Any) Due:** July 7, 2014

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**     **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**     **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

***Indicate below the parties' consent choice.***

    **A.**     **(   ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**     **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 15th day of April, 2014.

                                                              BY THE COURT:

                                                              ***s/John L. Kane***
                                                              U.S. DISTRICT COURT JUDGE

APPROVED:

                                                              John F. Walsh
                                                              United States Attorney

| By: *Joseph A. Whitcomb* | **By:** s/ *Alexess D. Rea* |
|---|---|
| Joseph A. Whitcomb | Alexess D. Rea |
| Rocky Mountain Disability Group | Special Assistant U.S. Attorney |
| 1391 Speer, Suite 705 | 1961 Stout St., Suite 4169 |
| Denver, CO 80204 | Denver, CO 80294-4003 |
| (303) 534-1958 | (303) 844-7101 |
| (303) 534-1949 (facsimile) | (303) 844-0770 (facsimile) |
| joe@RMDLG.com | alexess.rea@ssa.gov |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |