IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-02609-PAB

QUOC NGUYEN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

**ORDER**

This matter is before the Court on a review of the docket. Pursuant to D.C. COLO.LCivR 40.1 and the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges, this case was originally drawn to Magistrate Judge Kristen L. Mix. On September 8, 2014, the parties submitted a consent form indicating that they did not consent to have the magistrate judge conduct all proceedings. Docket No. 26 at 2. As a result of the parties' representation, the case was reassigned to this Court. Later that day, the parties filed a second consent form, indicating that they consented to have the magistrate judge conduct all proceedings. Docket No. 29 at 1. The Court directed the parties to explain the apparent conflict between the two consent forms. Docket No. 30. Plaintiff represents that the filing of the first from, indicating a lack of consent, was the result of a typographical error and that the second consent form, indicating consent, reflects the parties' true intention to consent to the jurisdiction of the assigned magistrate judge. Docket No. 31 at 2. Based

upon plaintiff's representation, the Court concludes that consent to the jurisdiction of the magistrate judge has been achieved under 28 U.S.C. § 636(c) and the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges. The Clerk of the Court is therefore directed to reassign this case pursuant to the Pilot Program to Magistrate Judge Kristen L. Mix.

DATED September 11, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge