IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02609-KLM

QUOC NGUYEN,

    Plaintiff,

v.

CAROLYN W. COLVIN, *Acting Commissioner of the Social Security Administration,*

    Defendant.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [#34], filed January 12, 2015, by the Honorable Kristen L. Mix, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the decision of the Commissioner is affirmed. It is further

ORDERED that each party shall bear its own costs and attorney's fees.

DATED at Denver, Colorado January 12, 2015.

                              FOR THE COURT:
                              Jeffrey P. Colwell, Clerk

                              By s/ L. Galera
                                  Deputy Clerk